BEATRICE CLAY et al., Respondents, *v.* AUSTIN L. BROWN, as Administrator of the Estate of LOUISIANA BROWN, Deceased, Appellant.

(Submitted June 7, 1934; decided July 3, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 264 N. Y. 543.)

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Appellant, *v.* ROBERT ADAMSON et al., Defendants, and MORRIS W. HAFT, Individually and as Trustee, Respondent.

(Submitted July 3, 1934; decided July 3, 1934.)

*Charles L. Grad* for motion.
*Harold N. Cohen* opposed.

Motion denied on the ground that appeal is taken as matter of right.